IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| Colonial Life & Accident Insurance Company<br>Plaintiff<br><br>vs.<br><br>Robert L. Robbins et al.,<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) | CASE NUMBER: CV414-254 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Colonial Life & Accident Insurance Company__ has deposited with the Court the sum of $ __29,928.73__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __23rd__ day of __December__, __2014__, by order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV021605
Cashier ID: lherb
Transaction Date: 12/23/2014
Payer Name: Colonial Life

TREASURY REGISTRY
 For: Colonial Life
 Case/Party: D-GAS-4-14-CV-000254-001
 Amount:        $29,928.73

CHECK
 Check/Money Order Num: 081757756200
 Amt Tendered: $29,928.73

Total Due:      $29,928.73
Total Tendered: $29,928.73
Change Amt:     $0.00
```