IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY ) ) ) | | |
| Plaintiff ) | CIVIL ACTION FILE NO. | |
| ) | | |
| v. ) | 4:14-CV-00254-LGW-GRS | |
| ) | | |
| ROBERT L. ROBBINS; BROOKE ROBBINS; ARON G. WEINER, as Administrator of the Estate of Susan E. Robbins; DAMIAN BEDNARCZYK; and TARA BEDNARCZYK ) ) ) ) ) ) | | |
| Defendants ) ) | | |

## CONSENT ORDER

Having considered the motion of plaintiff COLONIAL LIFE & ACCIDENT INSURANCE COMPANY ("Colonial Life") and defendant ARON G. WEINER, as Administrator of the Estate of Susan E. Robbins, the only parties of record ("the parties") to discharge Colonial Life from further liability under a policy of life insurance, for a permanent injunction, to disburse the interpleader fund, and to dismiss this action with prejudice, and the parties having consented thereto, this Court hereby GRANTS such motion. IT IS THEREFORE ORDERED as follows:

(1) Colonial Life is discharged from further liability under Policy No. 8 1757-756 20 ("the Policy"), and for payment of $29,928.73, which is the sum of the benefits under the Policy plus applicable interest (the "Policy proceeds"), payable by reason of the death of Susan E. Robbins (the "Insured");

(2) Defendants are permanently restrained and enjoined from instituting or prosecuting any action or other proceeding against Colonial Life in any state or United States court pertaining to the Policy proceeds pursuant to 28 U.S.C. § 2361;

(3) The Clerk of Court is authorized and directed to draw checks on the funds on deposit in the registry of this Court as follows:

(i) A check in the amount of $6,900, principal only, and not to include the payment of any interest, as a negotiated award of attorney's fees and costs incurred in connection with this action, payable to "Colonial Life & Accident Insurance Company," to be mailed to one of its attorneys, Jennifer N. Rathman, Smith Moore Leatherwood LLP, 1180 West Peachtree Street, Suite 2300, Atlanta, Georgia 30309; and

(ii) A check in the amount of the balance of the interpleader fund, $23,028.73, plus any interest that may have accrued while on deposit in the Court registry, payable to "Aron G. Weiner, as Administrator of the Estate of Susan E. Robbins," and mailed to Aron G. Weiner, Esq., Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP, Wright Square, 14 East State Street, Savannah, Georgia 31401.

(d) Upon disbursement of the interpleader funds in accordance with this order, the above-styled civil action is dismissed with prejudice. *The Clerk of Court shall prepare an appropriate judgment. SO ORDERED,*

This 15 day of October, 2015.

THE HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

Order presented by:

*s/ H. Sanders Carter, Jr.*
H. Sanders Carter, Jr.
Georgia Bar No. 114100
*s/ Jennifer Noland Rathman*
Jennifer Noland Rathman
Georgia Bar No. 411044

Attorneys for Plaintiff
Colonial Life & Accident Insurance Company

SMITH MOORE LEATHERWOOD LLP
2300 Regions Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 - *Telephone*
(404) 962-1200 - *Facsimile*
*sanders.carter@smithmoorelaw.com*
*jennifer.rathman@smithmoorelaw.com*

ATLANTA 1456150


/s/ *Aron G. Weiner*
Aron G. Weiner, Esq.
Georgia Bar No. 746100

Weiner, Shearouse, Weitz, Greenberg
 & Shawe, LLP
Wright Square
14 East State Street
Savannah, Georgia 31401
Telephone - (912) 233-2251
Facsimile - (912) 235-5464